# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CA-10-10529 |
| | ) | |
| Plaintiff-Appellee, | ) | 2:09-CR-262-JCM |
| vs. | ) | |
| JOSE LUIS RUBIO-RODRIGUEZ, | ) | |
| | ) | |
| Defendant-Appellant. | ) | **ORDER** |

     Pursuant to the order filed December 9, 2010, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED THAT Mace Yampolsky is appointed to represent Jose Luis Rubio-Rodriguez for this appeal in place of attorney Jonathan Powell. Mr. Yampolsky's address is 625 S. 6th St., Las Vegas, NV 89101 and phone number is 702-385-9777.

     Mr. Powell is directed to forward the file to Mr. Yampolsky forthwith.

     The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointments@ca9.uscourts.gov.

     DATED this 14th day of December, 2010

                                                  James C. Mahan
                                                  United States District Judge