

# United States District Court
## District of Nevada

Chambers of  
James C. Mahan  
United States District Judge

Lloyd D. George U.S. Courthouse  
333 Las Vegas Boulevard South - Suite 6085  
Las Vegas, Nevada 89101  
Telephone: (702) 464-5520  
Fax: (702) 464-5521

March 8, 2011

Mace Yampolsky, Esq.  
625 S. Sixth Street  
Las Vegas, Nevada 89101

      Re: Case No. 2:09-CR-262 JCM (RJJ), *United States of America v. Jose Luis Rubio-Rodriguez, et al.*

Dear Mr. Yampolsky:

      Enclosed is a copy of correspondence that I received in chambers from Jose Luis Rubio-Rodriguez, your client in the above captioned case, which I am forwarding to you for appropriate action.

                                Very truly yours,

                                JAMES C. MAHAN  
                                United States District Judge

JCM:srb  
Encl.  
cc:    Jose Luis Rubio-Rodriguez



JOSE LUIS RUBIO-RODRIGUEZ
44040.048
UNIT F-4 09-B
2190 E. MESQUITE ROAD
PAHRUMP, NV 89060

Legal Mail

HONORABLE JAMES C. MAHAN
U.S. DISTRICT JUDGE
333 LAS VEGAS BLVD SO
LAS VEGAS, NV 89101

MARCH 9, 2011

HONORABLE  JAMES  C.  MAHAN
UNITED STATES DISTRICT JUDGE
333 LAS VEGAS BLVD SO,  SUITE 6085
LAS VEGAS,  NV  89101



Your HONOR:

RE: CASE No. 2:09-CR-262 JCM (RJJ)  YOUR LETTER to
   MACE YAMPOLSKY, Esq of JANUARY 12, 2011

ON FEBRUARY 20, 2011  I WROTE MY ATTORNEY, MACE YAMPOLSKY, in reference to your letter of JAN 12.

I AM UNABLE TO get ANY Medical TREATMENT IN PAHRUMP C.C.A.  MY LAWYER WILL NOT EVEN CALL C.C.A. TO SEE ABOUT MY CONDITION OR TO  SEE if MY MEDICAL PROBLEMS CAN AT LEAST BE DIAGNOSED. HE HAS NOT ACTED ON YOUR Letter of 1-12-11.

Believe if your office called CCA They would AT LEAST give me some TREATMENT with AN OUTSIDE M.D.

I AM 38 AND HAVE HAD MOSTLY GOOD HEALTH. Now due To EXTREME BACK PAIN CAN BARELY WALK AND HAVE BEEN ISSUED A "WALKER" TO AMBULATE. WAS given ORAL MEDS FOR PAIN But HAD A REACTION THAT Left my "LARYNX" INFLAMED AND AM NOW NOT ABLE TO EAT OR EVEN DRINK WATER without PAIN. CAN BARELY SPEAK ABOVE A whisper.

Since I may NOT leave here for MONTHS OR YEARS I am really concerned I may DIE due to LACK of Medical TREATMENT.

If your HONOR, To see fit, would HAVE the facility SEND Me To A  HOSPITAL for A Professional  DIAGNOSES of My PROBLEM which is slowly Killing Me, this problem could AT LAST BE SOLVED.

Again, it is NO use to call OR write MACE Yampolsky AS he will DO NOTHING.

Thank you for anything you can do to resolve this situation. Again, the CCA medical will do NOTHING.

Very truly yours,

[signature]

JOSE LUIS RUBIO-RODRIGUEZ

JOSE LUIS RUBIO-RODRIGUEZ
44040-048
UNIT F-4   09-B
2190 E. MESQUITE ROAD
PAHRUMP, NV 89060