1
2
3
4
5

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

6  UNITED STATES OF AMERICA,            )
7                                        )        CA-10-10529
                        Plaintiff-Appellee,  )
8            vs.                          )        2:09-CR-262-JCM (RJJ)
                                         )
9  JOSE LUIS RUBIO-RODRIGUEZ,           )
10                       Defendant-Appellant. )     **ORDER**
11                                       )

12

13      Presently before the court is the matter of *United States v. Jose Luis Rubio-Rodriguez*, case
14  number 2:09-cr-00262-JCM-RJJ, on remand from the Ninth Circuit Court of Appeals.
15      The Ninth Circuit issued its judgment dismissing this appeal and remanding to the district
16  court on October 28, 2011.  The Ninth Circuit remanded the case for this court to correct a clerical
17  error in the judgment.
18      Accordingly,
19      IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the judgment as to Jose
20  Luis Rubio-Rodriguez (doc. #152) be, and the same hereby is, AMENDED to reflect that defendant
21  was convicted of conspiracy to distribute methamphetamine in violation of "21 U.S.C. §§ 841(a)(1),
22  (b)(1)(A)(viii), and 846."
23      DATED this 14th day of December, 2011.
24
25                                          UNITED STATES DISTRICT JUDGE
26
27
28